STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    Joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:21-CR-0182-JD |
| Plaintiff, | REQUEST TO CONTINUE SENTENCING AND [PROPOSED] ORDER |
| v. | |
| ERNESTO MADRIGAL, | |
| Defendant. | |

    U.S. Probation Officer Katrina Chu informed the parties that she will be unable to complete the Presentence Report in time for the sentencing set for August 29, 2022 (Dkt. 18) because the defendant is in quarantine and she remains unable to complete her interviewing work. Ms. Chu requested an October date. The Courtroom Deputy has informed the parties that October 3, 2022 is available. The parties therefore request that the sentencing in this matter be reset for October 3, 2022.

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED:    July 15, 2022                                   /s/
                                                              JOSEPH TARTAKOVSKY
                                                              Assistant United States Attorney

DATED:   July 15, 2022

_/s/_____
RUBEN MUNOZ
Counsel for Defendant ERNESTO MADRIGAL

IT IS SO ORDERED.

DATED: _7/20/2022_____

_____
**JAMES DONATO**
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR                                                                                              v. 7/10/2018