STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-0182 JD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING UNTIL NOVEMBER 21, 2022 |
| v. | |
| ERNESTO MADRICAL, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

1. The defendant is the above-captioned matter pled guilty on May 9, 2022. Sentencing is currently set for October 17, 2022. Unfortunately, government counsel begins a trial in another courtroom that day and cannot be present for sentencing. In addition, defense counsel is unavailable on October 17, 2022. The parties have met and conferred, and request that the date of sentencing be continued until November 21, 2022. The parties checked with the Court, and that date is acceptable.

STIPULATION AND [PROPOSED] ORDER
CR 21-182 JD

2. Accordingly, the parties agree that sentencing should be continued from October 17, 2022 until November 21, 2022.

IT IS SO STIPULATED.

Dated: September 26, 2022

/s/
Ruben T. Muñoz
Attorney for Defendant Ernesto Madrigal

Dated: September 26, 2022

/s/
Ross Weingarten
Assistant United States Attorney

## ORDER

Based upon the representation of counsel and for good cause shown, the Court orders that sentencing be continued from October 17, 2022 until November 21, 2022.

DATED: September 28, 2022

_____
HONORABLE JAMES DONATO
United States District Judge