1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7320
7       FAX: (415) 436-7234
        Joseph.tartakovsky@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO. 3:21-CR-0182-JD
                                         )
14 |      Plaintiff,                     ) REQUEST TO CONTINUE SENTENCING AND
                                         ) ORDER
15 |   v.                                )
                                         )
16 | ERNESTO MADRIGAL,                   )
                                         )
17 |      Defendant.                     )
                                         )
18

19      This case is scheduled for sentencing on November 21, 2022.  Unfortunately, defense counsel

20 informed government counsel that he has a family emergency that will prevent counsel from preparing

21 for and attending sentencing on that date.  Defense counsel asks for a continuance, and the government

22 and U.S. Probation do not object.  The parties therefore request that the sentencing in this matter be reset

23 for January 23, 2023.  If the Court is not available on that day, the parties request that the Court pick a

24 day in January 2023 when it is available for sentencing.

25 //

26 //

27 //

28 //

1 | The undersigned Assistant United States Attorney certifies that he has obtained approval from
2 | counsel for the defendant to file this stipulation and proposed order.
3 | IT IS SO STIPULATED.
4 | DATED:	November 8, 2022	/s/
5 | ROSS WEINGARTEN
Assistant United States Attorney

6 |
7 | DATED:	November 8, 2022	/s/
RUBEN MUNOZ
Counsel for Defendant MADRIGAL
8 |
9 | IT IS SO ORDERED.
10 |
11 | DATED:  November 10, 2022
12 | JAMES DONATO
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR                                                                                             v. 7/10/2018